IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SKY MOTOR CARS                          :
                                        :          CIVIL ACTION
          v.                            :
                                        :          NO. 09-4055
AUTO SPORT DESIGNS, INC.                :

## ORDER

**AND NOW**, this   23rd   day of   July   2012, upon consideration of Defendant Auto

Sport Designs, Inc.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (ECF No. 13), and

all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED**

that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                        BY THE COURT:


                                        _____
                                        **R. BARCLAY SURRICK, J.**