## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2013, a true and correct copy of the foregoing Plaintiff's Answer to Defendant's Counterclaim were served by electronic copy via ECF System upon the following:

Gerald D. Silver, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Counsel for Defendant Autosport Designs, Inc.*

Robert L Ebby, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square – 27th Floor
Philadelphia, PA 19103-6933

*Local Counsel for Defendant Autosport Designs, Inc.*

Plaintiff's Answer is available for viewing and is available to be downloaded from the ECF System.

s/Lance Rogers
Lance Rogers
Rogers & Associates, LLC
25 Elliott Avenue
Bryn  Mawr, PA 19010
Telephone:  (610) 649-1880

*Attorneys for Plaintiff*

Filed Electronically
Dated: March 28, 2013