IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SKY MOTOR CARS : | |
| : | |
| v.       : | CIVIL ACTION NO. 09-4055 |
| : | |
| AUTO SPORT DESIGNS, INC. : | |

**O R D E R**

AND NOW, this  10th  day of   April  , 2013, at the request of, and with the agreement of Counsel, it is **ORDERED** that Plaintiff Sky Motor Cars Motion To Compel Discovery (ECF No. 26) and Defendant's Cross Motion To Stay Discovery (ECF No. 27) are **DISMISSED** as moot without prejudice.

IT IS FURTHER ORDERED that a Scheduling Telephone Conference will be held on April 17, 2013 at 5:00 pm. Chambers will initiate the call. Counsel participating in the conference must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case.

AND IT IS FURTHER ORDERED that no later than four (4) days prior to the Scheduling Conference counsel shall file a Joint Statement which shall advise the Court regarding the date by which the parties anticipate that all discovery will be completed, whether the parties have complied with the disclosure requirements of Fed. R. Civ. P. 26(a)(1), whether settlement negotiations have taken place and, if so, the status of those negotiations, and the names of counsel who will be participating in the conference.

**BY THE COURT:**

*/s/ R. BARCLAY SURRICK, J.*