IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SKY MOTOR CARS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AUTO SPORT DESIGNS, INC | : | 09-CV-4055 |
| Defendants. | : | |

## NOTICE

The settlement conference in the above-captioned case is scheduled for **February 10, 2014 at 1:30 P.M.** before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- **Please notify the court if settlement is not a real possibility**.

- **The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **February 3, 2014.**

                                               */s/ Sharon A. Hall for Chavela M. Settles*
                                               Chavela M. Settles
                                               Deputy Clerk to
                                               Honorable Timothy R. Rice
                                               U.S. Magistrate Judge
                                               (267) 299-7660

Date:  December 30, 2013
cc:    Lance Rogers, Esquire
        Robert L. Ebby, Esquire
        Gerald D. Silver, Esquire

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____    JURY / NONJURY
                                                (Circle One)
    TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

# ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)