IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SKY MOTOR CARS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 09-4055 |
| | : | |
| AUTO SPORT DESIGNS, INC. | : | |

**O R D E R**

     **AND NOW**, this   13th   day of   January  , 2014, at the request of Counsel, and with the agreement of Counsel, it is **ORDERED** that the Scheduling Orders of September 10, 2013 and August 27, 2013 are **STAYED** pending the outcome of a Settlement Conference scheduled for February 10, 2014.

     **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**